# ReedSmith

Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
+1 213 457 8000
Fax +1 213 457 8080
reedsmith.com

Raymond Y. Kim
Direct Phone: +1 213 457 8105
Email: RKim@reedsmith.com

July 26, 2012

Chief Magistrate Judge Joseph C. Spero
United States District Court
Northern District of California

**RE: Mark Mortimer vs. Bank of America**
  **Case No. 3:12cv-01959-JCS**
  **Request for Telephonic Appearance at the Initial Case Management Conference**

To the Honorable Joseph C. Spero:

I write to request the Court's permission to attend the Initial Case Management Conference set for August 3, 2012, in Courtroom G, 15th Floor, at 1:30 p.m. by telephonic appearance in the above entitled matter.

My direct land line phone number is (213) 457-8105.

Very truly yours,

Raymond Y. Kim
(SBN 251210)

RYK:pk    IT IS HEREBY ORDERED THAT Mr. Kim shall be on phone standby beginning at 1:30 PM on 8/3/12 and await the Court's call.

US_ACTIVE-110149747.1  Dated: 7/27/12



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE