**Raymond Y. Kim**
Direct Phone:  +1 213 457 8105
Email:  rkim@reedsmith.com

Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
+1 213 457 8000
Fax +1 213 457 8080
reedsmith.com

January 25, 2013

Chief Magistrate Judge Joseph C. Spero
United States District Court
Northern District of California

**Re:  Mark Mortimer vs. Bank of America**
  **Case No. 3:12cv-01959-JCS**
  **Request for Telephonic Appearance at the further Case Management Conference**

To the Honorable Joseph C. Spero:

I write to request the Court's permission to attend the Further Case Management Conference set for February 4, 2013, in Courtroom G, 15th Floor, at 11:00 a.m. by telephonic appearance in the above entitled matter.

My direct land line phone number is (213) 457-8105.

Very truly yours,


s/Raymond Y. Kim
(SBN 251210)

RYK:pk

IT IS HEREBY ORDERED THAT Mr. Kim shall be on phone standby beginning at 1:30 PM on Feb. 4, 2013 and await the Court's call.
Dated:  1/29/13



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦ HOUSTON
SINGAPORE ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦KAZAKHSTAN

US_ACTIVE-111785045.1-RYKIM 01/25/2013 12:10 PM