Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
+1 213 457 8000
Fax +1 213 457 8080
reedsmith.com

Raymond Y. Kim
Direct Phone: +1 213 457 8105
Email: rkim@reedsmith.com

March 29, 2013

Chief Magistrate Judge Joseph C. Spero
United States District Court
Northern District of California

**Re:   Mark Mortimer vs. Bank of America**
       **Case No. 3:12cv-01959-JCS**
       **Request for Telephonic Appearance at the further Case Management Conference**

To the Honorable Joseph C. Spero:

I write to request the Court's permission to attend the hearing on Defendant Bank of America, N.A.'s Motion to Dismiss Plaintiff's First Amended Complaint set for April 5, 2013, in Courtroom G, 15th Floor, at 9:30 a.m. by telephonic appearance in the above entitled matter.

My direct land line phone number is (213) 457-8105.

Very truly yours,

IT IS HEREBY ORDERED THAT Mr. Kim shall be on phone standby beginning at 9:30 AM and await the Court's call.
Dated: April 1, 2013

s/Raymond Y. Kim
(SBN 251210)

RYK:pk



NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦ HOUSTON
SINGAPORE ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ KAZAKHSTAN

US_ACTIVE-112482465.1-RYKIM 03/29/2013 11:18 AM